**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Civil Case No.   06-cv-01066-LTB-CBS

RUEBEN FUENTES,

       Plaintiff,

v.

UNITED STATES OF AMERICA,

       Defendant.

_____

**ORDER RE: JOINT MOTION TO BIFURCATE**
_____

THE COURT, having considered Rueben Fuentes' and the United States of America's Joint Motion to Bifurcate (Doc 20 - filed October 9, 2006), and finding good cause therefore, hereby

ORDERS that this case will be bifurcated as follows:

(a)    Phase I: During Phase I, the parties propose to: (1) prepare a set of stipulated facts; or (2) if the efforts to reach stipulated facts fail, take a few depositions limited to the Statutory Employer Defense, including basic facts concerning how the fall at issue occurred.  This part of the process will be completed by **January 1, 2006.** Using the Phase I stipulations, written discovery, depositions, and other materials exchanged as part of the parties' Rule 26 Disclosure obligations (and any accompanying declarations or exhibits), Defendant will file a Motion for Summary Judgment no later than **February 12, 2006.**  No other discovery will take place. Plaintiff's response is due on or before **March 12, 2007.**  Any reply must be filed by **March 28, 2007.**

(b)    Phase II:  If the Court decides that the Statutory Defense does not apply, the parties will reconvene with the Magistrate Judge, who will set a discovery schedule for the remainder of the case.

                                      BY THE COURT:

                                        s/Lewis T. Babcock
                                      Lewis T. Babcock, Chief Judge

DATED: October 18, 2006