**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Civil Case No.  06-cv-01066-LTB-CBS

RUEBEN FUENTES,

       Plaintiff,

v.

UNITED STATES OF AMERICA,

       Defendant.

_____

**MINUTE ORDER**
_____

BY ORDER OF CHIEF JUDGE LEWIS T. BABCOCK

     Plaintiff's Unopposed Motion to Amend Complaint (Doc 22 - filed November 28, 2006) is **GRANTED**.  The tendered Amended Complaint is accepted for filing.


Dated:  November 29, 2006
_____