**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Civil Case No.   06-cv-01066-LTB-CBS

RUEBEN FUENTES,

      Plaintiff,

v.

UNITED STATES OF AMERICA,

      Defendant.

_____

**ORDER**
_____

Upon Plaintiff's Unopposed Motion to Withdraw Second and Third Claim for Relief Against Defendant United States of America (Doc 25 - filed December 1, 2006), it is

ORDERED that the Motion is GRANTED.

                                                 BY THE COURT:

                                                 s/Lewis T. Babcock
                                                 Lewis T. Babcock, Chief Judge

DATED: December 5, 2006