**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**LEWIS T. BABCOCK, CHIEF JUDGE**

Civil Case No.   06-cv-01066-LTB-CBS

RUEBEN FUENTES,

      Plaintiff,

v.

UNITED STATES OF AMERICA,
CITY OF COLORADO SPRINGS, and
COLORADO SPRINGS UTILITIES,

      Defendants.

_____

**ORDER**
_____

      Upon Plaintiff's Response to Defendant's Motion for Summary Judgment wherein

he confesses the motion, it is

      ORDERED that Defendant United States of America's Motion for Summary

Judgment (Doc 35) is GRANTED.   Judgment shall enter in favor of Defendant United

States of America and against Plaintiff.

                  BY THE COURT:


                    s/Lewis T. Babcock
                  Lewis T. Babcock, Chief Judge

DATED: February 1, 2007