**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Civil Case No.   06-cv-01066-LTB-CBS

RUEBEN FUENTES,

       Plaintiff,

v.

UNITED STATES OF AMERICA,
CITY OF COLORADO SPRINGS, and
COLORADO SPRINGS UTILITIES,

       Defendants.

_____

**ORDER**
_____

Upon Plaintiff's Motion to Dismiss Based on Lack of Jurisdiction (Doc 43 - filed February 8, 2007), it is

ORDERED that this matter is **DISMISSED,** each party to pay their own fees and costs.

                                      BY THE COURT:

                                       s/Lewis T. Babcock
                                       Lewis T. Babcock, Chief Judge

DATED: February 9, 2007